Harry Douglas **PETTIS**

v.

William E. **REIS** et al.

No. 79–485–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Pettis, Healy & Jones, Bernard Healy, Providence, for petitioner.

Rice, Dolan, Kiernan & Kershaw, Thomas C. Plunkett, Leonard A. Kiernan, Jr., Providence, for Continental Casualty Company.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

Gaetano J. **QUARTO**

v.

Judith A. **QUARTO.**

No. 79–385–A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Felix A. Appolonia, West Warwick, for petitioner.

Kirshenbaum & Kirshenbaum, Albert John Mainelli, Providence, for respondent.

### ORDER

The petitioner's motion to affirm the decree of the Family Court pursuant to Rule 16(g) is assigned to the motion calendar for Friday, March 7, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

**RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY**

v.

Earle F. **COHEN** et al.

No. 79–175–A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Sheffield & Harvey, W. Ward Harvey, Brian G. Bardorf, Newport, Hogan & Hogan, Edward T. Hogan, Providence, for plaintiff.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, for defendants.

### ORDER

The defendants' motion for special assignment is denied.

DORIS and MURRAY, JJ., did not participate.